UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA KRAUSS,

        NO. CIV. S-08-2363 LKK KJM

    Plaintiff,

  v.

LINCOLN FINANCIAL NATIONAL        O R D E R
LIFE INSURANCE COMPANY,
SUTTER WEST MEDICAL GROUP
LONG TERM DISABILITY PLAN,

    Defendants.
_____/

    Pending before the court is the parties' joint request to extend the deadline for conducting discovery. Pursuant to the telephone conference held on August 7, 2009, the scheduling order is AMENDED accordingly:

    1.    All discovery shall be conducted so as to be completed no later than November 20, 2009;

    2.    Experts shall be disclosed no later than sixty days prior to the close of discovery;

    3.    All Law and Motion matters shall be noticed to be heard

1              no later than February 20, 2010;
2         3.   The final pretrial conference is set for April 26, 2010
3              at 2:30 P.M.;
4         4.   The trial is set for July 27, 2010. The parties represent
5              in good faith that the trial will last one day.
6    IT IS SO ORDERED.
7    DATED:  August 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2