1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LISA KRAUSS,
                                    NO. Civ.S-08-2363 LKK/KJM
11          Plaintiff,

12      v.                          **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER
13   LINCOLN NATIONAL LIFE          NOTIFICATION OF SETTLEMENT**
     INSURANCE COMPANY, SUTTER
14   WEST MEDICAL GROUP LONG
     TERM DISABILITY PLAN,
15
            Defendants.
16   _____/

17      Counsel for plaintiff has filed a Notice of Settlement in the

18   above-captioned case.  The court now orders that the dispositional

19   documents disposing of the case be filed no later than thirty (30)

20   days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   ////

26   ////

                                    1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  September 18, 2009.

4

5

6       _____
        LAWRENCE K. KARLTON
7       SENIOR JUDGE
        UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2