UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| LISA KRAUSS, | CASE NO: 08-CV-02363 LKK-KJM |
| Plaintiff, | [*Honorable Lawrence K. Karlton*] |
| vs. | ORDER DISMISSING ACTION WITH PREJUDICE |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, SUTTER WEST MEDICAL GROUP LONG TERM DISABILITY PLAN, | |
| Defendants. | [Complaint Filed: October 7, 2008] |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED:   October 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order Dismissing
Action with Prejudice                                    1